```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**　　　　　　　　　　　　　　　　Case No. 12-cr-93-PB

**Alvaro Rivera-Pedrego**


**O R D E R**

This case has not yet been scheduled for trial, however the defendant filed a motion requesting a trial date be set on or after January 8, 2013 in order to allow the parties sufficient time to prepare for trial or other disposition.  The government does not object to the proposed trial date.

Accordingly, the court directs the clerk to schedule the trial for January 8, 2013 and finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance of the trial until January 8, 2013 outweigh the best interests of the public and the defendant in a speedy trial.

    SO ORDERED.

```
                                    /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge
```

September 4, 2013

cc:　Bjorn Lange, Esq.
　　　Donald Feith, AUSA
　　　United States Marshal
　　　United States Probation