**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                          Case No. 12-cr-93-PB

<u>**Alvaro Rivera-Pedrego**</u>

<u>**O R D E R**</u>

The parties have moved jointly to continue the March 5, 2013 trial in the above case to July 9, 2013, citing the need for additional time to complete voluminous discovery and negotiate a plea agreement or other disposition.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from March 5, 2013 to July 9, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 19, 2013 final pretrial conference is continued to June 26, 2013 at 4:00 p.m.  No further continuances will be allowed.

SO ORDERED.


                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

February 15, 2013

cc:  Bjorn Lange, Esq.
     Donald Feith, AUSA
     United States Marshal
     United States Probation