```
       UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**　　　　　　　　　　　　　　Case No. 12-cr-93-PB

**Alvaro Rivera-Pedrego**


### O R D E R

The defendant has moved to continue the July 9, 2013 trial in the above case, citing the need for additional time to negotiate a plea agreement or prepare for trial.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from July 9, 2013 to November 5, 2013.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

                                         /s/Paul Barbadoro  
                                       Paul Barbadoro  
                                       United States District Judge

June 27, 2013  
cc:  Bjorn Lange, Esq.  
     Donald Feith, AUSA  
     United States Marshal  
     United States Probation